George Daniel LAMB, Appellant,

v.

METROPOLITAN SEWER DISTRICT; James M. Byrne; Patricia Evans, Manager of Collections; Laclede Gas Company, Appellees.

No. 01–3025.

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 4, 2001.

Decided Oct. 4, 2001.

Before WOLLMAN, Chief Judge, BOWMAN and LOKEN, Circuit Judges.

PER CURIAM.

George Lamb appeals the District Court's[1] order dismissing his complaint without prejudice for frivolousness or failure to state a claim, or both. We affirm for the reasons stated in the District Court's order. *See* 8th Cir. R. 47A(a).

---

1. The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.